**The Order of Reference to Mediation (ECF 13) is VACATED.
SO ORDERED.
Dated:  10/17/2025**

*P. Kevin Castel*
P. Kevin Castel
United States District Judge

**By ECF**

# Kennedys

22 Vanderbilt Avenue
Suite 2400
New York, New York 10017
USA

t +1 212.252.0004
f +1 212.832.4920

kennedyslaw.com

t +1 646 625 3979

Frank.Jordan@kennedyslaw.com

17 October 2025

Hon. Hon. P. Kevin Castel
United States District Court Judge
Southern District of New York
500 Pearl Street
New York, New York 10007
Courtroom 11D

Re:   *Louisiana International Marine LLC v. Aspen American Insurance Company*
Southern District of New York, Case No.: 1:25-cv-06271

Dear Judge Castel,

Our office represents Defendant Aspen American Insurance Company ("Aspen"). As Your Honor is aware, following an initial conference before the Court on September 29, 2025, this case was then assigned to the Mediation Program for the Southern District of New York. A First Mediation Conference is scheduled for December 3, 2025 at 10:00 AM via telephone or video conference.

After consideration, and a meet and confer with counsel for Louisiana International Marine LLC ("Plaintiff"), the parties have determined that this matter would be better suited to proceed through discovery pursuant to the Civil Case Management Plan and Scheduling Order entered on September 29, 2025 (Dkt 12). Specifically, the parties have conferred and agreed that given the complex maritime issues which are the subject of this matter, only after the completion of Fact Discovery in January of 2026, would a mediation be meaningful. Moreover, the

Kennedys is a trading name of Kennedys CMK LLP, a limited liability partnership, in New Jersey, United States (with registered number 0450171416).

Kennedys Law LLP, a UK Limited Liability Partnership, is a partner of Kennedys CMK LLP

*Kennedys offices, associations and cooperations:*  Argentina, Australia, Bermuda, Bolivia, Brazil, Canada, Chile, China, Colombia, Denmark, Dominican Republic, Ecuador, England and Wales, France, Guatemala, Hong Kong, India, Ireland, Israel, Italy, Mexico, New Zealand, Northern Ireland, Norway, Oman, Pakistan, Panama, Peru, Poland, Portugal, Puerto Rico, Scotland, Singapore, Spain, Sweden, Turkey, United Arab Emirates, United States of America.

\.

Kennedys

parties also agree that the matter is better suited for the retention of a private mediator.

As such, the parties respectfully request that the matter be removed from the Southern District Mediation Program at this time.

Nothing contained herein shall have any effect on the dates set forth in the Civil Case Management Plan and Scheduling Order entered on September 29, 2025 (Dkt 12).

We thank the Court for its consideration.

Respectfully submitted,

*Frank Jordan*

**Frank Jordan**
Partner
for Kennedys

cc:    Counsel of Record (via ECF)